# Court of Appeals
# of the State of Georgia

ATLANTA,    April 04, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1309.  MARY ALICE DAVIS v. ADAM SCOTT JAFFE.**

This case originated in magistrate court. On December 9, 2013, the trial court entered judgment in favor of Adam Scott Jaffe, after a de novo bench trial. On January 10, 2014, Davis filed a notice of appeal to this Court. We, however, lack jurisdiction for two reasons.

First, when a state court order involves a de novo appeal from a magistrate court decision, an appellant is required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Accordingly, Davis's notice of direct appeal does not give rise to a valid appeal.

Second, Davis's appeal is untimely. A notice of appeal must be filed within 30 days after entry of the order to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Davis filed her notice of appeal 32 days after entry of the order she seeks to challenge. For these reasons, we lack jurisdiction to review this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 04/04/2014

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ *, Clerk.*